**\*\*E-filed 8/24/11\*\***

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE WEBKINZ ANTITRUST LITIGATION

No. C 08-1987 RS

**ORDER ADMINISTRATIVELY CLOSING INDIVIDUAL CASE FILES**

_____/

In view of the fact that a consolidated complaint has been filed in this multi-district proceeding, it is appropriate to close administratively the following individual class actions:

3:08-cv-04810-RS

3:08-cv-05106-RS

3:08-cv-02873-RS

3:08-cv-05235-RS

3:09-cv-03928-RS

IT IS SO ORDERED.

Dated:  8/24/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE